nied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 95–7780. NICHOLS ET AL. v. UNITED STATES. C. A. 8th Cir. Motion of petitioner Ricardo Sanchez to amend the petition for writ of certiorari denied. Certiorari denied.

No. 95–6262. OLTARZEWSKI v. MARTINEZ, WARDEN, ET AL., *ante*, p. 1013;

No. 95–6516. NOBLES v. METROPOLITAN TRANSIT AUTHORITY ET AL., *ante*, p. 1054;

No. 95–6630. WILLIAMS v. JABE, WARDEN, ET AL., *ante*, p. 1057;

No. 95–6680. TSIMBIDAROS v. CLINTON, PRESIDENT OF THE UNITED STATES, ET AL., *ante*, p. 1057;

No. 95–6684. GLASS v. DUCKWORTH, SUPERINTENDENT, INDIANA STATE REFORMATORY, *ante*, p. 1057;

No. 95–6706. HIGGINS v. CUOMO, FORMER GOVERNOR OF NEW YORK, ET AL., *ante*, p. 1058;

No. 95–6747. COLE v. CITY OF MILWAUKEE, WISCONSIN, ET AL., *ante*, p. 1078;

No. 95–6923. COOK v. WHITE, *ante*, p. 1081; and

No. 95–6927. ROWSER v. WAYNE CAR RELEASING SERVICES, INC., *ante*, p. 1081. Petitions for rehearing denied.

No. 94–2003. LOTUS DEVELOPMENT CORP. v. BORLAND INTERNATIONAL, INC., *ante*, p. 233. Petition for rehearing denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.

MARCH 12, 1996

No. 95–7898. STILES v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari dismissed under this Court's Rule 46.

MARCH 15, 1996

No. 95–386. RICHARDS ET AL. v. JEFFERSON COUNTY, ALABAMA, ET AL. Sup. Ct. Ala. [Certiorari granted, *ante*,